

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-18-00539-CV

**EX PARTE ROBERTO PASQUALE-GUALTIERI PETITTO**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17655A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice[1]

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response.